# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JAVIER RODRIGUEZ,        :     Civil No. 3:14-cv-139

        Petitioner     :     (Judge Mariani)

        v.          :

VINCENT MOONEY, *et al.*,     :

        Respondents    :

## ORDER

**AND NOW**, this ⟨28th⟩ day of September, 2017, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1.    The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2.    The Clerk of Court is directed to **CLOSE** this case.

3.    There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge